CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Michael Jamal Campbell MT5446
**Full Name of Plaintiff        Inmate Number**

v.

Trooper. JOSEPH JULIAN
**Name of Defendant 1**

Trooper. MICHAEL WYCHOCK
**Name of Defendant 2**

Trooper. JAMES SCOTT
**Name of Defendant 3**

corporal Tony Doblovasky
**Name of Defendant 4**

_____
**Name of Defendant 5**
(Print the names of all defendants. If the names of all
defendants do not fit in this space, you may attach
additional pages. Do not include addresses in this
section).

Civil No. 3:23 CV 1225
(to be filled in by the Clerk's Office)

( ✓ ) Demand for Jury Trial
( __ ) No Jury Trial Demand

FILED
SCRANTON

JUL 2 5 2023

Per_____
DEPUTY CLERK

## I.    NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

__✓__    Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

____    Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388
(1971) (federal defendants)

____    Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the
United States

## II.    ADDRESSES AND INFORMATION

### A.    PLAINTIFF

Campbell, Michael, J
Name (Last, First, MI)

MT 5446
Inmate Number

SCI- Mahanoy
Place of Confinement

301 Grey Line Drive
Address

Frackville, PA    17931
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

____    Pretrial detainee

____    Civilly committed detainee

____    Immigration detainee

✓    Convicted and sentenced state prisoner

____    Convicted and sentenced federal prisoner

### B.    DEFENDANT(S)

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption.  If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

~~Michael~~, JULIAN, Joseph
Name (Last, First)

Pennsylvania State Trooper
Current Job Title

250 Dessen Drive
Current Work Address

Hazle Township, PA  18201
City, County, State, Zip Code

Defendant 2:

WYCHOCK, Michael

Name (Last, First)

Pennsylvania State Trooper

Current Job Title

250 Dessen Drive

Current Work Address

Hazle Township, PA 18202

City, County, State, Zip Code


Defendant 3:

SCOTT, James

Name (Last, First)

Pennsylvania State Trooper

Current Job Title

250 Dessen Drive

Current Work Address

Hazle Township, PA 18202

City, County, State, Zip Code


Defendant 4:

DOBLOVASKY, Tony

Name (Last, First)

Pennsylvania State Trooper Corporal K-9 Unit

Current Job Title

unknown they called him from a diffrent area.

Current Work Address

Pennsylvania

City, County, State, Zip Code


Defendant 5:

_____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

_____

City, County, State, Zip Code

### III.    STATEMENT OF FACTS

State only the facts of your claim below.  Include all the facts you consider important.  Attach additional pages if needed.

A.    Describe where and when the events giving rise to your claim(s) arose.

The first was in Hazleton PA on vine st and 15th on July 26, 2021 Approximatley 0346 HR The second was on I81 mile marker 140.7, Hazle Township on September 02, 2021  Both in Luzerne County

B.    On what date did the events giving rise to your claim(s) occur?

The first was July 26, 2021
The second was September 02, 2021

C.    What are the facts underlying your claim(s)? (For example:  What happened to you?  Who did what?)

the 1st time,

In July 26, 2021 approximatley 0346 state troopers Joseph Jolian and Michael WYCHOCK pulled me over for a traffic when I asked what I did wrong I was told nothing and that they seen me at a gas station and they didnt know who I was so they made it a point to find out who I was and when they did they found out I didn't have a license that why they where pulling me over. Then they asked me to step out of the car and asked if they could search the car which I denied because I didnt do anything for them to ask me to search the car. They then requested a K-9 and forced me to stay there in the middle of the night untill approximately 0438 when corporal Tony DOBLOVASKI arrived and attempted to cohorse me into allowing consent to search the vehicle like the other two troopers did when corporal DOBLOVASKY asked me why I would not let them search the car I told him my lawyer said to never give consent to search the car then DOBLOVASKY told me that lawyers are payed to lie to me and they do not know whats best for me. Then he went around the car moultiple times with the K-9 not hitting untill he did something on the passanger, rear side of the car and finally said the K-9 hit they said they where towing the car to search it and Told me to leave.

The second time,

on September 02, 2021 a approximately 0120 on I-81 mile marker 140.7 I was again pulled over by trooper Joseph JULIAN this time he was with another guy, Trooper James SCOTT. They pulled me over and asked if I was going to let them search the car and I said NO. Then they said your going to do this the same as last time, make us call the K-9 and everything I said yes so they did that the K-9 again didn't arrive for a long time it arrived approximately 0230 and I was forced to stand on the side of the highway this entire time. The same guy showed up corporal Tony DOBLOVASKY. During the waiting time through all of this I called for a ride and was told to get off my phone and not have anyone come pick me up. My ride was passing one of the exits close to where we where and I was told that they where not allowed to pick me up there it was not safe so I said ok then my ride will pick me up at the exit there and was told no they where not allowed to do that and that they had to pick me up at there station. So for some reason these Troopers thought it was unsafe to get picked up where we where, but it was ok to have me standing on the side of the highway in the middle of the night for over an hour, so after all the car stuff was done and the tow truck guy was there I was told I WAS NOT UNDER ARREST but he had to put me into hand cuffs ~~cuffdocks~~ and into his car and transport me to where he felt I should be picked up. At no time was I ok with being hand cuffed or forced into his vehicle and basically begged them to not do that to me and let me get picked up there being as though I was not under arrest. So after being forced against my will into hand cuffs and into the back of there vehicle I was taken to there station and in the parking lot they opened the Door uncuffed me and told me I was free to go.

At the time my rights where being violated All of the defendants where acting under the color of law as Pennsylvania State Troopers which Jurisdiction to the middle district court for this complaint.

## IV.    LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

In the first claim 4th Amendment, 8th Amendment and 14th Amendment violation. Harrasment, manipulation, Abuse of Power, Intentional infliction of emotional distress. These Troopers should have never even known who I was I was in a gas station doing nothing wrong that does not give them a right to harrass me and find out who I am and run my name, pull me over in a car that was not in my name ask me to search it and hold me there for an excessive amout of time. I was doing nothing wrong there is nothing legal about this.

In the second claim 4th Amendment, 8th Amendment and 14th Amendment violations. Harrasment, manipulation, Abuse of power, Intentional Infliction of emotional distress. False imprisonment. these Trooper know what they did the first time and did the same thing again and this time forced me into hand cuffs and into there car. they should not be allod to get away with maring around praying on people and violating there rights. If I where to to put some one in handcuffs and in to the back of my car locked I would be charged with Kidnapping someone why should they be treated diffrent because they have a badge.

## V.    INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

I am a victem of Intentional Infiction of emotional distress and had to pay both times to get the car removed and now am fighting two seprate criminal cases due to these Troopers violating my rights,

## VI.    RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

I am seeking criminal charges to be filed against all Defendants All charges to be dropped in the two criminal cases filed against me. and monetary relief for what I went through and am going through

## VII.   SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

Signature of Plaintiff

7/18/2023

Date

michael Campbell
# MT5446
SCI- Mahanoy
301 Greyline Drive
Frackville PA, 17431

INMATE MAIL

PA DEPT OF

CORRECTIONS

quadient
FIRST-CLASS MAIL
IMI
$000.87 º
07/21/2023 ZIP 17932
043M31230995

US POSTAGE

Office of The clerck
United States District court
RECEIVED Middle District of Pennsylvania
SCRANTON william J. Nealon Federal BLDG. and U.S courthouse

JUL 25 2023

235 North washington Avenue
PO. Box 1148

PER _____

DEPUTY CLERK

scranton PA 18501-1148